JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINE ZAKARIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SOFI LENDING CORP. et al.,<br><br>    Defendants. | Case No.: 2:23-cv-01585-SB-KES<br><br>Hon. Judge Stanley Blumenfeld, Jr.<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND CLOSING CASE |

Plaintiff Karen Zakarian and Defendant Equifax Information Services LLC, have filed a Stipulation of Dismissal with Prejudice, dismissing only the claims against Defendant Equifax Information Services LLC.

IT IS ORDERED that the claims and causes of action asserted in this cause of action by Plaintiff Karen Zakarian against Defendant Equifax Information Services LLC, are in all respects dismissed with prejudice.

Because it appears that all other defendants have been dismissed, the clerk is to close the case and to vacate all outstanding dates set in this matter.

Dated: August 25, 2023

Stanley Blumenfeld, Jr.
United States District Judge

---

1

ORDER re: Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc., *Only*